Henry W. Hubbell, *Plaintiff, v.* The Pacific Mutual Insurance Company, *Defendant.* — Motion for a new trial denied;

judgment ordered for defendant on verdict, with costs. Opinion by DAVIS, P. J.